**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JUAN LUCAS PEREIRA DA SILVA,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, *et al*.<br><br>Respondents. | Civil Action No. 1:26-cv-12457-GAO |

**RESPONDENTS' RESPONSE TO HABEAS PETITION**

Petitioner Juan Lucas Pereira Da Silva filed a Petition for Writ of Habeas Corpus challenging his detention and seeking immediate release or a bond hearing. ECF No. 1. Respondents submit that the legal issues presented in this Petition concerning detention under 8 U.S.C. § 1225(b)(1) are similar to those recently addressed by several other sessions of this Court. *See*, *e.g.*, *Roldan v. Moniz*, No. 26-10017-IT (D. Mass. Jan. 21, 2026); *Rincon v. Hyde*, No. 25-12633-BEM, 2025 WL 3122784 (D. Mass. Nov. 7, 2025); *Gomes Cardoso v. Hyde, et al.,* No. 25-CV-13935-AK, 2026 WL 468200 (D. Mass. Feb. 19, 2026). Should the Court follow the reasoning of other sessions of this Court, it would reach the same result here. Accordingly, Respondents submit that the Court may resolve this Petition without further briefing or oral argument.[1]

[1] Respondents reserve all rights, including the right to appeal, and incorporate by reference the legal arguments they presented in *Roldan, Rincon,* and *Gomes Cardoso*. Respondents will provide further briefing on any issue that Respondents did not address in those cases if the Court would like Respondents to do so.

Respondents also provide the Form I-860, Notice and Order of Expedited Removal, Exhibit 1. Furthermore, the Petitioner was encountered by Immigration and Customs Enforcement due to his criminal history which includes an arrest for Assault and Battery on a Family Member. Exhibit 2, RAP sheet.

Dated: June 18, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Vincent Engingro III*

Vincent Engingro III
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Vincent.Engingro@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Vincent Engingro III, Special Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: June 18, 2026

By: */s/ Vincent Engingro III*
Special Assistant United States Attorney