UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JUAN LUCAS PEREIRA DA SILVA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-12457-GAO |
| | ) | |
| ANTONE MONIZ, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER**

This matter came before the Court on Petitioner Juan Lucas Pereira Da Silva's Emergency Motion for an Order to Enforce the Court's September 2, 2026 Order and to Release Petitioner Immediately (ECF No. 17), and on Petitioner's Emergency Motion to Expedite Ruling on that Motion (ECF No. 18). The Court held a hearing on October 6, 2026, at which counsel for the Petitioner and counsel for the Respondents appeared and were heard.

Upon consideration of the motions and the arguments of counsel, it is hereby ORDERED as follows:

1. Petitioner's Emergency Motion to Enforce the Court's September 2, 2026 Order (ECF No. 17) is GRANTED.

2. Respondents shall release Petitioner Juan Lucas Pereira Da Silva from custody within twenty-four (24) hours of this Order, subject to the conditions set out in the Interim Notice Authorizing Parole dated October 1, 2024 (ECF No. 12-3).

3. Respondents shall release Petitioner within the District of Massachusetts and shall not transfer him outside this District before his release.

4. At the time of release, Respondents shall return to Petitioner all personal property and identification documents that they hold in connection with his detention.

5. Within forty-eight (48) hours of Petitioner's release, Respondents shall file a status report confirming the date, time, and place of release and identifying each condition of release imposed on him.

6. The Court retains jurisdiction to enforce compliance with this Order and with its Order dated September 2, 2026 (ECF No. 15).

It is SO ORDERED.

Dated: October 8, 2026

/s/ George A. O'Toole, Jr.

United States District Judge